

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00221-CV

**IN THE INTEREST OF L.L.W.**, S.Y.W. and L.D.L., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01142
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant Mother because she is indigent.

SIGNED July 15, 2015.

_____
Marialyn Barnard, Justice